**Electronically Filed
Supreme Court
SCPW-22-0000685
26-MAY-2023
08:07 AM
Dkt. 14 ODMR**

SCPW-22-0000685

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN RE RONALD CARLSON

_____

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.)[1]

Upon consideration of the document filed on May 24, 2023, which we construe as a motion for reconsideration, the motion is untimely because it was filed more than ten days after this court's January 20, 2023 order dismissing the petition. See Hawai'i Rules of Appellate Procedure (HRAP) Rule 40(a).

Even if the motion were timely, this court has not overlooked or misapprehended points of law or fact. See HRAP Rule 40(b).

It is ordered that the motion is denied.

DATED: Honolulu, Hawai'i, May 26, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



---

[1] Associate Justice Paula A. Nakayama and Associate Justice Michael D. Wilson, who were members of the court when the case was decided, retired from the bench on April 21, 2023, and March 31, 2023, respectively.